# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### OFFICE OF THE CLERK

**BRUCE RIFKIN**  
**DISTRICT COURT EXECUTIVE**

700 STEWART ST  
SEATTLE, WASHINGTON 98101

August 14, 2009

Kevin and Carrie Fisher  
8202 NW STATE HIGHWAY  
SUITE 102  
PMB-30  
KINGSTON, WA 98346

We have received the correspondence relating to your Complaint. Your case has been assigned Case Number **09-CV-1157TSZ**. *This entire number must appear on all future correspondence with the Court.*

The following deficiencies have been noted:

- We received payment of $39.00, which is being returned to you. This case is not deemed a Miscellaneous case, it is considered a regular civil case. It is my understanding this was explained to you when Case No:09-CV-933 was previously filed. Summons will not be issued until the filing fee requirement is met. For questions, please call 206-370-8400. Thank you.

- The filing fee requirement must be met. Please submit either the full $350.00 filing fee or an application for *In Forma Pauperis* (IFP) status.



**09-CV-01157-LTR**